UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SIHAM E. LEMZABI,

                Plaintiff,

                                                **ORDER**
       -against-                             25-CV-5137 (CLP)

RAMSEY TUTORING LLC., d/b/a,
Smith Street Workshop

                Defendant.
-------------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

      The Court's records reflect that the Complaint in this action was filed on September 12, 2025. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

      Accordingly, if proper service is not made upon the Defendant by **December 11, 2025**, or if Plaintiff fails to show good cause why such service has not been effected by that date, the action may be dismissed without prejudice.

      For information regarding court procedures, Plaintiff may contact the Pro Se Office at the United States Courthouse by calling 718-613-2665. Plaintiff may also contact the Federal Pro Se Legal Assistance Project (212-382-4729 or https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project) of the City Bar Justice Center for free, confidential, limited-scope legal assistance.

      The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff, noting the mailing on the docket.

      **SO ORDERED.**

1

Dated: Brooklyn, New York
September 18, 2025

                                    /s/ Cheryl L. Pollak
                                    Cheryl L. Pollak
                                    United States Magistrate Judge
                                    Eastern District of New York